JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INFINITY INSURANCE COMPANY,

Plaintiff,

v.

DONALD JOHN WOTHERSPOON.,
*et al.*,

Defendants.

Case No. 2:25-cv-05721-FLA (SSCx)

**ORDER DISMISSING ACTION [DKT. 43]**

On February 26, 2026, Plaintiffs Infinity Insurance Company ("Plaintiff") and Defendants Donald John Wotherspoon and Jaime Ruth Horwitz Wotherspoon ("Defendants") s filed a Notice of Settlement ("Notice"), stating the parties had agreed to settle the action and anticipated filing a stipulation to dismiss the action after finalizing the settlement documents, within forty-five days.  Dkt. 43.

Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1.  All deadlines governing this action are VACATED.  Defendants' Motion for Judicial Abstention and Dismissal (Dkt. 18) is DENIED as moot.

/ / /

2. The court DISMISSES the action without prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: March 9, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2